UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Hon. Robert B. Kugler |
| v.   : | Criminal No. 08-686 (RBK) |
| : | |
| ANTHONY WILLIAMS : | |
| : | **ORDER** |

This matter having been opened to the Court by Paul J. Fishman, the United States Attorney for the District of New Jersey (Matthew J. Skahill and Kevin T. Smith, Assistant U.S. Attorneys, appearing), and Lori Koch, Esq., attorney for defendant Anthony Williams, and the United States having moved for the vacation of the previous conviction of defendant Anthony Williams in the above-captioned matter and for the dismissal of the Indictment in the above-captioned matter with prejudice,

IT IS on this 15TH day of March, 2010,

ORDERED that the conviction of defendant Anthony Williams arising from his plea of guilty on March 31, 2009, and the judgment entered on October 7, 2009, in the above-captioned matter, is hereby vacated; and it is

FURTHER ORDERED that the Indictment in the above captioned matter, Crim. No. 08-686, is hereby dismissed with prejudice; and it is

FURTHER ORDERED that the Memorandum of Law submitted by the United States in connection with the motion shall remain under seal until further order of the Court.

_____
HONORABLE ROBERT B. KUGLER
United States District Judge

_____
WILLIAM E. FITZPATRICK
Deputy United States Attorney